UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 22-mj-04052-DHH |
| ) | |
| LATEEF ALLEN, ) | |
| ) | |
| Defendant ) | |

### AFFIDAVIT OF OUTSTANDING ARREST WARRANT

I, John D. Wickham, Supervisory Deputy U.S. Marshal with the United States Marshals Service, do hereby make oath before the Honorable David H. Hennessy, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one LATEEF ALLEN on a petition for warrant for individual under supervision issued by the United States District Court for the District of New Jersey on December 9, 2021, alleging a violation of a mandatory supervision condition imposed by the court. I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
John D. Wickham
Supervisory Deputy U.S. Marshal
United States Marshals Service

In accordance with Fed. R. Crim. P. 4.1    By telephone
~~Subscribed and~~ sworn to before me this 24th day of January, 2022.

_____
Hon. David H. Hennessy
United States Magistrate Judge